# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 09-3926/10-1309

———————

Lizzie A. Meredith      *

                     *

        Plaintiff - Appellant,     *

                     *    On Appeals from the United States

      v.                   *    District Court for the

                     *    Eastern District of Arkansas

Baldwin Piano, Inc., originally    *

sued as Baldwin Piano Company,    *    [UNPUBLISHED]

                     *

        Defendant - Appellee.     *

———————

Submitted: December 14, 2010
Filed: February 10, 2011

———————

Before RILEY, Chief Judge, BEAM, and BENTON, Circuit Judges.

———————

PER CURIAM.

Lizzie A. Meredith, an African-American, was employed in the Trumann, Arkansas manufacturing plant of Baldwin Piano, Inc., for about 16 years with a satisfactory work record. She was discharged as part of a reduction-in-force, along with 13 other employees – 12 of whom were white. Baldwin closed the plant 19 months later.

Meredith sued Baldwin, alleging the termination was based on race, in violation of the Arkansas Civil Rights Act, Ark. Code Ann. § 16-123-101; 42 U.S.C. § 1981; and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et. seq.* Baldwin

moved for summary judgment. Meredith claimed that Baldwin's reduction-in-force explanation for her termination is pretextual, because she was experienced at the plant (though not in her department), and her seniority was wrongly calculated.

In well-reasoned orders, the district court[1] granted summary judgment to Baldwin and awarded it costs. *See Meredith v. Baldwin Piano, Inc.*, 3:08CV00046-SWW, 2009 WL 4251020 (E.D. Ark. Nov. 23, 2009) (granting summary judgment); 2010 WL 386415 (E.D. Ark. Jan. 26, 2010) (awarding costs).

As no error of law appears in these orders, this court affirms. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Susan Webber Wright, United States District Judge, Eastern District of Arkansas.